# United States District Court
# For The Western District of North Carolina
# Charlotte Division

FRANKLIN OSUNDU EKECHUCKWU,

    Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　3:12CV109-GCM

UNITED STATES OF AMERICA, ),

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/7/2012 Order.

                          Signed: June 7, 2012

                          Frank G. Johns, Clerk
                          United States District Court