# United States District Court
## For The Western District of North Carolina
### Charlotte Division

FRANKLIN OSUNDU EKECHUCKWU,

          Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                      3:12CV109-GCM

UNITED STATES OF AMERICA, ),

          Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/7/2012 Order.

Signed: June 7, 2012

*Frank G. John*

Frank G. Johns, Clerk
United States District Court